1  Thane Charman
2  2270 Boundary St
   San Diego, CA 92104
3  Telephone:  800-673-4384
4  Email: OBEY.TCPA@GMAIL.COM

5  Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| THANE CHARMAN, individual | Civil Case No.:  23-CV-0526-CAB-BGS |
|---|---|
| Plaintiff, | |
| v. | STIPULATION OF DISMISSALWITH PREJUDICE |
| VIRAL EMPIRE, LLC | |
| Defendants, | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Thane Charman ("Plaintiff") and Defendant VIRAL EMPIRE, LL., ("Defendant") hereby stipulate to the dismissal of this action with prejudice.

SO STIPULATED.

STIPULATION OF DISMISSALWITH PREJUDICE

Dated: June 1, 2023              respectfully submitted,

By: /S/ Thane Charman

Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone 800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Thane Charman
Plaintiff, Pro SE

STIPULATION OF DISMISSAL WITH PREJUDICE