UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN,<br><br>                              Plaintiff,<br><br>v.<br><br>VIRAL EMPIRE, LLC,<br><br>                              Defendant. | Case No.:  23-CV-526-CAB-BGS<br><br>**DISMISSAL WITH PREJUDICE** |

Upon consideration of Plaintiff's motion to dismiss this case with prejudice [Doc. No. 9], and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED.** This case is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).


It is **SO ORDERED**.

Dated:  June 1, 2023

_____

Hon. Cathy Ann Bencivengo
United States District Judge